UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Lori Ann Aganon,                                    Case No. 3:17-cv-2161

          Plaintiff

     v.                                             MEMORANDUM OPINION


Commissioner of Social Security,

          Defendant


Before me is the Report and Recommendation of Magistrate Judge David A. Ruiz filed on

December 20, 2018, in the above-entitled action.  (Doc. No. 21).  Under the relevant statute:

     Within [fourteen (14)] days after being served a copy of these proposed Findings and
     Recommendation, any party who wishes to object must file and serve written
     objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. §

636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2).  In this case, the fourteen-day period has

elapsed, and the Commissioner indicates she will not be filing objections.  (Doc. No. 22).

     Following review of Judge Ruiz's Report and Recommendation, I adopt it in its entirety as

the Order of the Court.  I agree the Administrative Law Judge failed to properly apply the treating

physician rule and reached a decision that was not supported by substantial evidence.  Therefore, the

Commissioner's decision is vacated, and the matter remanded for further proceedings.

     So Ordered.

                                   s/ Jeffrey J. Helmick
                                   United States District Judge